IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN CAMPBELL,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>          Defendant. | 8:23CV487<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

Dated this 27th day of November 2023.

BY THE COURT:

*Robert F. Rossiter, Jr.*

Robert F. Rossiter, Jr.
Chief United States District Judge