IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN CAMPBELL,<br><br>                Plaintiff,<br><br>    vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>                Defendant. | 8:23CV487<br><br>**ORDER** |

Counsel have advised the court that the parties have conferred and agreed to a stay of case deadlines until they conduct mediation. Accordingly,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed, and all hearings are terminated, pending the outcome of mediation.

2. The parties shall notify the Court within 7-days of when they schedule a mediation date and shall advise the Court of the outcome of mediation within 7-days after it takes place.

Dated this 21st day of August, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge