IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN CAMPBELL,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>        Defendant. | 8:23CV487<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties Joint Stipulation for Dismissal with Prejudice (Filing No. 22). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice, with each party to pay its own attorney fees and costs.

Dated this 23rd day of October, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge